Michael Clark #62471
P.O. Box 650 - HDSP
Indian Springs, NV 89070

Electronically Filed
03/23/2010 03:50:44 PM

CLERK OF THE COURT

District Court
Clark County, Nevada

Michael Clark
　　Plaintiff

Case No: A-10-612472-C
Dept No: XXII

v.

Warden, Brian William, et al
　　Defendant

## Civil Rights Complaint

### I. Parties

The plaintiff is Michael Clark, HDSP-62471, P.O. Box 650, Indian Springs, Nevada 89070. And

The defendant is Warden, Brian William, SDCC, P.O. Box 208, Indian Springs, Nevada 89070.

### II. Jurisdiction

Plaintiff is a resident of Clark County, Nevada, where defendant is a fulltime state employee, and where the acts/omissions complained of occurred. This action is brought to the Civil Rights Act Title 42 USC § 1983.

### Allegation

Between May 5, 2009 and December 9, 2009. The defendant a Warden at SDCC prison, after the plaintiff submitted over seven grievance and complaints for "Help" of misconduct by staff. Not only did the defendant do nothing to stop the misconduct of staff, he in fact, encouraged his staff to verbal assault, assault, harass, threatened, and file false charge on the ____ for Retaliation for filing a lawsuit. By ignoring NDOC

Michael Clark HDSP-62471
P.O. Box 650 - HDSP
Indian Springs, NV 89070

## District Court
## Clark County, Nevada

Michael Clark  
   Plaintiff

Case No:  
Dept No:

v.

Warden, Brian William, et al  
   Defendant

### Civil Rights Complaint

#### I
#### parties

The plaintiff is Michael Clark, HDSP-62471, P.O.Box 650 Indian Springs, Nevada 89070, And

The defendant is Warden, Brian William, SDCC, P.O. Box 208, Indian Springs, Nevada 89070.

#### II
#### Jurisdiction

Plaintiff is a resident of Clark County, Nevada, where defendant is a fulltime state employee, and where the acts/omissions complained of occurred. This action is brought to the Civil Rights Act Title 42 U.S.C § 1983.

#### Allegation

Between May 5, 2009 and December 9, 2009. The defendant a Warden at SDCC prison, after the plaintiff submitted over seven grievance and complaints for "Help", of misconduct by Staff, Not only did the defendant do nothing to stop the misconduct of Staff, he in fact, encouraged his staff to verbal assault, assault, harass, threatened, and file faske charge on the plaintiff for retaliation for filing a lawsuit. By ignoring NDOC AR 740 to report all incedent and grievance to the →

RECEIVED MAR 19 2010 CLERK OF THE COURT

RECEIVED 2010 APR -7 P 1:31 CLARK COUNTY SHERIFF

Inspector General officer for investigation. For over six month the plaintiff was subject to many acts that, in fact, violated constitutional Rights, the plaintiff fear for his life.

By Ignoreing the plaintiff many request to stop abuse, assault and Harassment, the defendant violated plaintiff's 8th and 14th amendment Constitutional Rights by deliberate indifference to plaintiff's personal safety and to be free for Retaliation.

### Relief Sought

Wherefore, plaintiff prays for the following Relief:

1.) Damages by Jury Determination.
2.) punitive award by Jury Determination.
3.) The costs of this action and all legal fees and expenses.
4.) Jury Demand, Rule 38, NRCP.

Dated: March 17, 2010

Michael Clark
Mitch E. Clark, plaintiff

### Verification

I Swear that I am the plaintiff herein and that I have read the contents hereof and same is true and correct to the best of my knowledge and belief.

Mitch E. Clark
Michael Clark, plaintiff